BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700
Facsimile: 916-554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN DESHAWN KELLY,<br><br>    Defendant and Judgment Debtor.<br><br>DESIGN WITHIN REACH,<br><br>    Garnishee. | MISC. NO.: 2:14MC00009-LKK-CKD<br><br>CASE No.: 2:98CR00316-LKK<br><br>**APPLICATION FOR AN ORDER TERMINATING WAGE GARNISHMENT; AND ORDER** |

By this proceeding, the United States garnished defendant Kevin Deshawn Kelly's wages from his employer, Design Within Reach. On December 19, 2014, Design Within Reach terminated Defendant's employment. Defendant's termination and Design Within Reach's failure to rehire him within 90 days from termination date warrant termination of this wage garnishment action. 28 U.S.C. § 3205(c)(10)(B). Accordingly, the United States requests that the Court terminate the wage garnishment pending under this miscellaneous case number.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

_____
KURT A. DIDIER
Assistant United States Attorney

Dated: _____

APPLICATION FOR AN ORDER TERMINATING
WAGE GARNISHMENT; AND ORDER

## **ORDER**

The Court, having reviewed the court files and the United States' application for an order terminating wage garnishment (the "Application"), and finding good cause therefor, hereby GRANTS the Application. The writ of garnishment issued under this miscellaneous case number against Kevin Deshawn Kelly is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B).

**IT IS SO ORDERED.**

Dated:  March 25, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE